Akop Kantrdzhyan
PLAINTIFF/PETITIONER/MOVANT'S NAME

A71-140-115
PRISON NUMBER

San Diego Detention Center (CCA)
PLACE OF CONFINEMENT
P.O. Box 439049
San Ysidro, CA 92143
ADDRESS

FILED

2008 JAN -2 AM 11: 17

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KNK_____ DEPUTY

# United States District Court
## Southern District Of California

Akop Kantrdzhyan

~~Plaintiff~~/Petitioner/~~Movant~~,

v.

Michael Chertoff, et al.,

~~Defendant~~/Respondent,

Civil No. **'08 CV 0001 LAB RBB**

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, 
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?   (Yes)   No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration
   Are you employed at the institution?              I Yes  (No)
   Do you receive any payment from the institution?  Yes   (No)
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                                  ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   C-AUTO INC. 1608 W. GLENOAKS BLVD. #A GLENDALE CA. 91201   $4000 A MONTH + COMMISION

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☑ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☑ No
   c. Pensions, annuities or life insurance            ☐ Yes ☑ No
   d. Disability or workers compensation               ☐ Yes ☑ No
   e. Social Security, disability or other welfare     ☐ Yes ☑ No
   e. Gifts or inheritances                            ☐ Yes ☑ No
   f. Spousal or child support                         ☐ Yes ☑ No
   g. Any other sources                                ☐ Yes ☑ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   _____
   _____

4. Do you have any checking account(s)? ☑ Yes ☐ No
   a. Name(s) and address(es) of bank(s): CITI BANK   GLENDALE CA.
   b. Present balance in account(s): $1.000

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☑ Yes ☐ No
   a. Make: LEXUS       Year: 2006      Model: GS 430
   b. Is it financed? ☑ Yes   No
   c. If so, what is the amount owed? $38,000

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  SELIN GHEVVONDIAN  (WIFE)
   HASMIK KANDRJYAN   (CHILD)
   EVERYTHING I MAKE.

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.
    NOW BEING SUPPORTED BY WIFE.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____    _____
DATE                        SIGNATURE OF APPLICANT

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)

I certify that the applicant **KANTROZHYAN, AKOP JACK**,
(NAME OF INMATE)

**A# 71140115**,
(INMATE'S CDC NUMBER)

has the sum of $ **593.70** on account to his/her credit at **CCA SAN DIEGO**

**CCA SAN DIEGO**.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities **UNK**

to his/her credit according to the records of the aforementioned institution. I further certify that during the past six months the applicant's *average monthly balance* was $ **SEE ATTACHED**,

and the *average monthly deposits* to the applicant's account was $ **SEE ATTACHED**.

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

**12.17.07**
DATE

SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

**M COHEN**
OFFICER'S FULL NAME (PRINTED)

**UNIT MANAGER**
OFFICER'S TITLE/RANK

**Inmate:** KANTRDZHYAN, AKOP JACK
**Booking #:** 996486          **Permanent ID:** 909207

### Current Account Information

| Current Balance | Escrow Balance | Restricted Commissary Purchase Amount |
|---|---|---|
| 593.70 | .00 | .00 |

### Cost Recovery Balances

| | |
|---|---|
| CCA RESTITUTION | .00 |
| MEDICAL VISIT CO-PAYMENT | .00 |
| AGENCY FINES | .00 |
| MISC COST RECOVERY | .00 |
| POSTAGE | .00 |
| | .00 |
| | .00 |
| | .00 |
| | .00 |
| STATE RESTITUTION (CA and HI) | .00 |

### Exemptions and Credits

Inmate Account Balance Cannot Go Below This Amount: .00

Inmate: KANTRDZHYAN, AKOP JACK
Booking #: 996486   Permanent ID: 909207

| Trans Date/Time | Back Date/Time | Code | Switch | Trans Amount | Deposit From/Withdrawal To | Receipt# | Check # | Rev? |
|---|---|---|---|---|---|---|---|---|
| 12/12/2007 07:25 | | CO | 2 | 102.26 | COMMISSARY:SUMMARY:POSTIN | 6772360 | | |
| 12/10/2007 10:51 | 12/08/2007 08:21 | VC | 1 | 200.00 | GREAGOR TURZIAN | 6729274 | VISITOR | |
| 12/05/2007 07:34 | | CO | 2 | 99.64 | COMMISSARY:SUMMARY:POSTIN | 6692255 | | |
| 12/04/2007 14:17 | | MO | 1 | 500.00 | HASNIK GADIAN | 6686706 | MAIL | |
| 11/28/2007 07:29 | | CO | 2 | 108.91 | COMMISSARY:SUMMARY:POSTIN | 6628931 | | |
| 11/22/2007 05:20 | | CRV | 2 | -2.42 | COMMISSARY:SUMMARY:REVER | 6585845 | | |
| 11/21/2007 11:19 | | CO | 2 | 100.98 | COMMISSARY:SUMMARY:POSTIN | 6582492 | | |
| 11/20/2007 15:03 | | MO | 1 | 300.00 | HASMIR GADIAN | 6572408 | MAIL | |
| 11/15/2007 07:41 | | CO | 2 | 88.74 | COMMISSARY:SUMMARY:POSTIN | 6514989 | | |
| 11/01/2007 07:27 | | CO | 2 | 93.56 | COMMISSARY:SUMMARY:POSTIN | 6364728 | | |
| 10/24/2007 08:01 | | CO | 2 | 102.19 | COMMISSARY:SUMMARY:POSTIN | 6303143 | | |
| 10/17/2007 07:29 | | CO | 2 | 96.65 | COMMISSARY:SUMMARY:POSTIN | 6240140 | | |
| 10/10/2007 07:27 | | CO | 2 | 70.00 | COMMISSARY:SUMMARY:POSTIN | 6167001 | | |
| 10/04/2007 15:00 | | MO | 1 | 300.00 | Hasmir Gadian | 6113267 | MAIL | |
| 10/03/2007 07:27 | | CO | 2 | 70.00 | COMMISSARY:SUMMARY:POSTIN | 6093553 | | |
| 09/21/2007 07:25 | | CO | 2 | 105.24 | COMMISSARY:SUMMARY:POSTIN | 5992899 | | |
| 09/14/2007 07:32 | | CO | 2 | 111.65 | COMMISSARY:SUMMARY:POSTIN | 5927588 | | |
| 09/07/2007 07:22 | | CO | 2 | 89.04 | COMMISSARY:SUMMARY:POSTIN | 5846795 | | |
| 09/05/2007 14:27 | | MO | 1 | 500.00 | HASMIK GADIAN | 5823443 | MAIL | |
| 08/30/2007 07:14 | | CO | 2 | 112.73 | COMMISSARY:SUMMARY:POSTIN | 5777277 | | |
| 08/24/2007 07:10 | | CO | 2 | 133.76 | COMMISSARY:SUMMARY:POSTIN | 5725675 | | |
| 08/17/2007 07:19 | | CO | 2 | 117.50 | COMMISSARY:SUMMARY:POSTIN | 5661088 | | |
| 08/10/2007 07:21 | | CO | 2 | 118.91 | COMMISSARY:SUMMARY:POSTIN | 5592253 | | |
| 08/03/2007 06:54 | | CO | 2 | 117.98 | COMMISSARY:SUMMARY:POSTIN | 5519462 | | |
| 08/02/2007 14:18 | | MO | 1 | 400.00 | S. GHEYVANDIAN | 5515990 | MAIL | |
| 07/27/2007 07:21 | | CO | 2 | 86.79 | COMMISSARY:SUMMARY:POSTIN | 5457075 | | |
| 07/20/2007 07:19 | | CO | 2 | 208.74 | COMMISSARY:SUMMARY:POSTIN | 5394517 | | |
| 07/17/2007 09:29 | 07/16/2007 22:37 | CK | 1 | 526.55 | DETAINEE | 5357588 | INTAKE | |