**ORIGINAL**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN -3 AM 11:31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| AKOP KANTRDZHYAN, [A71-140-115]<br><br>Plaintiff,<br><br>sv.<br><br>MICHAEL CHERTOFF, et al.,<br><br>Defendant. | Case No. 08CV0001-LAB (RBB)<br><br>PROOF OF SERVICE |

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action;

2) That my business address is 225 Broadway, Suite 900, San Diego, California, 92101;

3) That I served the within **CIVIL COVER SHEET, MOTION AND DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS, PETITION FOR WRIT OF HABEAS CORPUS, NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF COUNSEL, AND DECLARATION OF JAMES FIFE IN SUPPORT OF PETITIONER'S MOTIONS,** placing a true copy of the above-mentioned document in the United States mail on January 2, 2008, to:

> U S Attorney CV
> U S Attorneys Office Southern District of California
> Civil Division
> 880 Front Street
> Suite 6253
> San Diego, CA 92101

I certify under the laws of the State of California that the foregoing is true and correct. Executed on January 3, 2008 at San Diego, California.

SYLVIA FREEMAN