1 KAREN P. HEWITT
United States Attorney
2 RAVEN M. NORRIS
Assistant U.S. Attorney
3 California State Bar No. 232868
U.S. Attorney's Office
4 880 Front Street, Room 6293
San Diego, California 92101-8893
5 Email: Raven.Norris@usdoj.gov
Telephone: (619) 557-7157
6
Attorneys for the Respondents
7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 AKOP KANTRDZHYAN,            )   Case No. 08cv0001-LAB (RBB)
                                )
11              Petitioner,     )   NOTICE OF APPEARANCE
                                )
12      v.                      )
                                )
13 MICHAEL CHERTOFF, Secretary,)
   Department of Homeland Security; et al.,)
14                              )
                Respondents.    )
15 _____)

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18      I certify that I am admitted to practice in this court or authorized to practice under

19 CivLR 83.3.c.3-4.

20      The following government attorneys (who are admitted to practice in this court or authorized to

21 practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for

22 CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

23      Name (If none, enter "None" below)

24          RAVEN M. NORRIS

25      Effective this date, the following attorneys are no longer associated with this case and should not

26 receive any further Notices of Electronic Filings relating to activity in this case:

27      Name (If none, enter "None" below)

28          None

1     Please call me if you have any questions about this notice.

2

3     Dated:    January 9, 2008            Respectfully submitted,

                                                  KAREN P. HEWITT
4                                            United States Attorney

5

                                           s/ Raven M. Norris
6                                           RAVEN M. NORRIS
                                          Assistant U.S. Attorney
7                                           Attorneys for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKOP KANTRDZHYAN,<br><br>        Petitioner,<br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br><br>        Respondents. | Case No. 08cv0001-LAB (RBB)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

N/A

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

Akop Kantrdzhyan
A71-140-115
San Diego Detention Center
P.O. Box 430049
San Ysidro, CA 92143-9049

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 9, 2008

                                            s/ Raven M. Norris
                                            RAVEN M. NORRIS