# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKOP KANTRDZHYAN,<br><br>                   Petitioner,<br><br>     v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>                  Respondents. | Civil No.   08cv0001-LAB (RBB)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

      Petitioner, a Department of Homeland Security detainee proceeding pro se, has not paid the filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. He has also filed a request to proceed in forma pauperis.

      The filing fee associated with this type of action is $5.00. See 28 U.S.C. § 1914(a). It appears from the affidavit and documents attached to the request to proceed in forma pauperis that Petitioner can pay the requisite filing fee. Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice; Petitioner may submit a copy of this order along with the requisite fee no later than March 3, 2008, to have the case reopened.

      IT IS SO ORDERED.

DATED: January 7, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

K:\COMMON\EVERYONE\_EFILE-PROSE\LAB\08cv0001-DenyIFP.wpd, 198

-1-