FILED

2008 JAN 15 PM 3:42

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ RM _____ DEPUTY

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 146472    — BH

January 15, 2008
15:30:07

Habeas Corpus
USAO #.: 08CV0001 HABEAS FILING
Judge..: LARRY A BURNS
Amount.:                    $5.00 MO
Check#.: R100919666859

Total-> $5.00

FROM: KANTRDZHYAN V. CHERTOFF ET AL
      HABEAS FILING

Case 3:08-cv-00001-LAB-RBB   Document 7   Filed 01/15/2008   Page 1 of 2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| AKOP KANTRDZHYAN, | Civil No.  08cv0001-LAB (RBB) |
|---|---|
| Petitioner, | |
| v. | ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE |
| MICHAEL CHERTOFF, et al., | |
| Respondents. | |

Petitioner, a Department of Homeland Security detainee proceeding pro se, has not paid the filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. He has also filed a request to proceed in forma pauperis.

The filing fee associated with this type of action is $5.00. See 28 U.S.C. § 1914(a). It appears from the affidavit and documents attached to the request to proceed in forma pauperis that Petitioner can pay the requisite filing fee. Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice; Petitioner may submit a copy of this order along with the requisite fee no later than March 3, 2008, to have the case reopened.

IT IS SO ORDERED.

DATED: January 7, 2008

*[signature]*

HONORABLE LARRY ALAN BURNS
United States District Judge

-1-