1 KAREN P. HEWITT
United States Attorney
2 RAVEN M. NORRIS
Assistant U.S. Attorney
3 California State Bar No. 232868
880 Front Street, Room 6293
4 San Diego, California 92101-8893
Telephone: (619) 557-7157
5

6 Attorneys for the Respondents

7
UNITED STATES DISTRICT COURT
8
SOUTHERN DISTRICT OF CALIFORNIA
9
10  AKOP KANTRDZHYAN,            )   Civil No. 08cv0001-LAB (RBB)
                                 )
11           Petitioner,         )   [AMENDED] **EX PARTE** REQUEST FOR
                                 )   EXTENSION OF TIME TO FILE RETURN
12       v.                      )
                                 )
13  MICHAEL CHERTOFF, Secretary of)
    Department of Homeland Security, et al.,)
14                               )
                                 )
15           Respondents.        )
                                 )
16  _____)

17     On January 2, 2008, Petitioner filed a Petition for Writ of Habeas Corpus and Motion for

18 Appointment of Counsel, commencing this action but failed to pay the requisite filing fee. On January

19 7, 2008, the Court issued an order dismissing case without prejudice. Petitioner subsequently submitted

20 a copy of the order and the necessary filing fee to have the case reopened. On January 18, 2008, the

21 Court issued an order to show cause granting the Government until Friday, February 15, 2008, to file

22 a return in response to the Petition.

23     Petitioner seeks release from detention pending his removal proceedings. A preliminary

24 investigation of the status of his removal proceedings reveals that the removal order became final on

25 April 2, 2001.[1] Petitioner was initially released from custody but recently re-entered custody in May

26 2007. Because the local agency office has had difficulty obtaining travel documents from the Armenian

27

28  [1]  When the IJ orders an alien removed, the order becomes final either when (1) the alien waives appeal at the time the order is rendered, (2) the alien fails to file a notice of appeal within 30 days after the IJ's order or (3) when the Board of Immigration Appeals ("BIA") dismisses the alien's appeal from the IJ's decision. See 8 C.F.R. § 1003.39. Here, the IJ ordered the Petitioner removed on April 2, 2001 and Petitioner waived appeal.

1 Consulate, the local authorities in accordance with procedures referred the case to ICE Headquarters, 2 which is engaged in extraordinary efforts to arrange for Petitioner's removal to Armenia. ICE 3 Headquarters is also in the process of issuing a determining on whether or not to release Petitioner under 4 an order of supervision pending the ongoing removal efforts. The agency is expected to reach a 5 determination within two weeks.

6 Undersigned counsel believes that an agency decision may render the instant petition moot. 7 However, additional time is necessary to allow the agency time to reach a determination. Accordingly, 8 the Government respectfully requests additional time in which to file a return in this matter. While this 9 Court denied Petitioner's motion to appoint counsel, as a courtesy, undersigned counsel informed James 10 Fife, the counsel who assisted and continues to assist Petitioner in the preparation and defense of the 11 instant petition, of this request for extension of time. See Declaration of Raven Norris, attached as 12 Exhibit A. Counsel, on behalf of Petitioner, did not object to Respondents' request for extension of 13 time. Id. For the reasons discussed above, the Government respectfully requests that the deadline for 14 filing the Return be re-set to **February 29**, **2008** and the deadline for filing the Traverse be re-set to 15 **April 1, 2008**.

16 Dated: February 13, 2008         Respectfully submitted,

18         KAREN P. HEWITT
         United States Attorney

20         s/ Raven M. Norris
         RAVEN M. NORRIS
21         Assistant U.S. Attorney
         Attorneys for Respondents
22         Email: Raven.Norris@usdoj.gov

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKOP KANTRDZHYAN, | Civil No. 08cv0001 LAB (RBB) |
| Petitioner, | CERTIFICATE OF SERVICE |
| v. | |
| MICHAEL CHERTOFF, et al., | |
| Respondents. | |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the EX PARTE Request for Extension of Time to File Return on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

None

I hereby certify that I caused the foregoing to be mailed, by the United States Postal Service, to the following non-ECF participants on this case:

Akop Kantrdzhyan
A71-140-115
San Diego Detention Center
P.O. Box 430049
San Ysidro, CA 92143

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I have also caused a courtesy copy of the foregoing to be mailed over night, by Fed Ex, to the following parties:

James Fife
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2008

         s/ Raven M. Norris
         RAVEN M. NORRIS