KAREN P. HEWITT
United States Attorney
RAVEN M. NORRIS
Assistant U.S. Attorney
California State Bar No. 232868
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7157

Attorneys for the Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKOP KANTRDZHYAN,<br><br>          Petitioner,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security, et al.,<br><br>          Respondents. | Case No. 08 cv 0001- LAB (RBB)<br><br>EXHIBIT A: DECLARATION OF RAVEN M. NORRIS |

I, Raven M. Norris, declare and state as follows:

1. I am employed by the United States Attorney's Office, Southern District of California, as an Assistant United States Attorney. My current employment address is 880 Front Street, Room 6293, San Diego, California, 92101. I am the attorney assigned to the above-captioned matter.

2. Petitioner is currently in custody. Petitioner, with the assistance of James Fife of Federal Defenders of San Diego, submitted a motion to appoint counsel. The Court has denied Petitioner's motion to appoint counsel in this matter, but Petitioner continues to be assisted by Mr. Fife.

3. On February 13, 2008, I contacted Mr. Fife in an effort to determine whether the parties could jointly request extension of time to file the Respondents' Return. We discussed the fact that Mr. Fife is not appointed counsel. Mr. Fife stated that he continues to assist the Petitioner and that Mr. Fife does not object on behalf of the Petitioner to Respondents' ex parte application for extension of time. I am unable to obtain the Petitioner's agreement in accordance with this Court's Standing Order (¶ 8).

Signed this 13th day of February, 2008, in San Diego, California.

                                                                   s/Raven M. Norris
                                                                   RAVEN M. NORRIS