UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKOP KANTRDZHYAN,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; et al,<br><br>Respondents. | Case No. 08cv0001 LAB (RBB)<br><br>ORDER GRANTING *EX PARTE* REQUEST FOR EXTENSION OF TIME TO FILE RETURN |

Having considered the Government's *EX PARTE* REQUEST FOR EXTENSION OF TIME TO FILE RETURN in this 28 U.S.C. §2241 habeas action. For good cause shown, the *ex parte* request is **<u>GRANTED</u>**. **IT IS FURTHER ORDERED** that on or before **February 29, 2008**, the Government shall serve and file a return and on or before **April 1, 2008**, Petitioner may serve and file a Traverse. Upon receipt of the Traverse, or upon expiration of the deadline to file a Traverse, the matter will be taken under submission for decision on the papers, absent further order of the court.

**IT IS SO ORDERED.**

DATED: February 22, 2008

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge