UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKOP KANTRDZHYAN, ) | Civil No. 08cv0001 LAB (RBB) |
| ) | |
| Petitioner, ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, et al., ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Government's Return on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

None

I hereby certify that I caused the foregoing to be mailed, by the United States Postal Service, to the following non-ECF participants on this case:

Akop Kantrdzhyan
A71-140-115
San Diego Detention Center
P.O. Box 430049
San Ysidro, CA 92143

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I have also caused a courtesy copy of the foregoing to be mailed, by the United States Postal Service, to the following parties:

James Fife
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2008

                                                s/ Raven M. Norris
                                                RAVEN M. NORRIS