**JAMES FIFE**
California State Bar No. 237620
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5030
Telephone No. (619) 234-8467
Email: james_fife@fd.org

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. LARRY A. BURNS)

| | |
|---|---|
| AKOP KANTRDZHYAN,<br><br>            Petitioner,<br><br>    V.<br><br>MICHAEL CHERTOFF, et al.,<br><br>            Respondents. | Case No. 08CV0001-LAB (RBB)<br><br>*EX PARTE* **APPLICATION FOR LEAVE TO FILE MOTION TO RECONSIDER APPOINTMENT OF COUNSEL** |

Pursuant to CivLR 7.1(i) and this Court's Standing Order 5(j), counsel hereby requests leave to file a motion renewing the request for appointment of counsel in this case under 18 U.S.C. § 3006A, for the reasons set forth in the attached Declaration of Counsel.

Respectfully submitted,

DATED: February 29, 2008           *s/ James Fife*
                                   **JAMES FIFE**
                                   **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
                                   james_fife@fd.org