UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKOP KANTRDZHYAN,<br><br>        Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>        Defendant. | )<br>)  Crim No. 08CV0001-LAB (RRB)<br>)<br>)<br>)<br>)<br>)  CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>) |

Counsel for Petitioner certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Exparte Application for Leave to File Motion to Reconsider Appointment of Counsel has been electronically served this day upon:

**Raven M Norris**
raven.norris@usdoj.gov,Ana.Strutton@usdoj.gov,efile.dkt.civ@usdoj.gov,pamela.bradley@usdoj.gov

Dated: February 29, 2008

        /s/ James Fife
JAMES FIFE
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
james_fife@fd.org