ORIGINAL

AKOP KANTRDZHYAN
8750 Kester Ave. #64
Panorama City, CA 91402
(818) 892-3128

FILED
MAR 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. LARRY A. BURNS)

| | |
|---|---|
| AKOP KANTRDZHYAN,<br><br>                        Petitioner,<br><br>     v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>                        Respondents. | Case No. 08CV0001-LAB (RBB)<br><br><br>PETITIONER'S TRAVERSE |

Because Petitioner was released from Respondents' custody on an order of supervision on March 11, 2008, the Petition should be dismissed without prejudice as moot.

Respectfully submitted,

Dated: 3-17-08

_____
AKOP KANTRDZHYAN
Petitioner

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKOP KANTRDZHYAN,<br>[A71-140-115]<br><br>      Plaintiff,<br><br>sv.<br><br>MICHAEL CHERTOFF, et al.,<br><br>      Defendant. | ) Case No. 08CV0001-LAB (RBB)<br>)<br>)<br>)<br>)<br>)<br>) PROOF OF SERVICE<br>)<br>)<br>)<br>) |

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action;

2) That my business address is 225 Broadway, Suite 900, San Diego, California, 92101;

3) That I served the within **PETITIONER'S TRAVERSE,** placing a true copy of the above-mentioned document in the United States mail on March 19, 2008, to:

> **Raven Norris**
> U S Attorneys Office Southern District of California
> Civil Division
> 880 Front Street
> Suite 6253
> San Diego, CA 92101

I certify under the laws of the State of California that the foregoing is true and correct. Executed on 19 March 2008 at San Diego, California.

SYLVIA FREEMAN