# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKOP KANTRDZHYAN,<br><br>                         Petitioner,<br>   vs.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, MICHAEL MUKASEY, Attorney General, ROBIN BAKER, Director of San Diego Field Office, Bureau of Immigration and Customs Enforcement, JOHN GARZON, Officer-in-Charge,<br><br>                         Respondents. | CASE NO. 08CV0001-LAB (RBB)<br><br>**ORDER DISMISSING PETITION WITHOUT PREJUDICE** |

Petitioner filed his petition seeking release from custody pending his removal from the United States. Petitioner's request to appoint counsel was denied as unripe without prejudice to seeking appointment of counsel at a later stage in the proceedings. Defendants filed their return to the petition, after which Petitioner sought leave to file a motion to reconsider the denial of appointment of counsel.

In his traverse to the Petition, Petitioner informed the Court that he has been released pending his removal, and requested dismissal of the petition without prejudice as moot.

/ / /

/ / /

Petitioner's request for leave to file a motion for reconsideration of denial of appointment of counsel (Docket no. 13) is therefore **DENIED AS MOOT**. The Petition is **DISMISSED WITHOUT PREJUDICE** as moot.

**IT IS SO ORDERED**.

DATED: July 1, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge